**1**

John V. Cain, Libelant-Appellee, v. Barge P. R. R. NO. 226, Her Engines, etc.; Pennsylvania Railroad Company, Claimant-Appellant; Barge McALLISTER NO. 8, Her Tackle, etc.; McAllister Lighterage Line, Inc., Claimant-Appellee.

(Circuit Court of Appeals, Second Circuit. November 1, 1926.)

No. 59.

Appeal from the District Court of the United States for the Eastern District of New York.

Burlingham, Veeder, Masten & Feary, of New York City (Chauncey I. Clark and Fred Conger, both of New York City, of counsel), for claimant of No. 226, appellant.

Macklin, Brown & Van Wyck and Horace L. Cheyney, all of New York City, for libelant-appellee.

William J. Martin, of New York City, for McAllister No. 8.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. No act by the No. 226, and no act or omission by her crew, constituted a maritime tort. Therefore no lien existed. We are satisfied that this whole disaster was the result of force majeure; i. e., a sudden storm of magnitude.

Decree reversed, with costs, and cause remanded to the District Court, with directions to dismiss the libel and make such disposition of costs as to it seems good.

═══

**2**

## Ed. RAFFELL v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. June 16, 1926.)

No. 4087.

In Error to the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge.

Joseph M. Spears, of Catlettsburg, Ky., and E. B. Hager and J. B. Adamson, both of Ashland, Ky., for plaintiff in error.

Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM. Judgment of the District Court affirmed.